JUDGE STANTON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



07 CV 3915

| | |
|---|---|
| **Plaintiff** | Case No. |
| LANTANA MENDOCINO LLC | ECF CASE |
| -v- | MAY 18 2007 |
| WESTLB AG, NEW YORK BRANCH | **Rule 7.1 Statement** |
| **Defendant** | |

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _Plaintiff Lantana Mendocino LLC_ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

      NONE

**Date:** May 16, 2007

Signature of Attorney
Helen Davis Chaitman
**Attorney Bar Code:** HC 4266

Form Rule7_1.pdf