**ORIGINAL**

STANTON, S

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------X

LANTANA MENDOCINO, LLC,           :
                                  :
                    Plaintiff,    :
                                  :        Case No. 07 CV 3915 (LLS)
        v.                        :
                                  :
WESTLB AG, NEW YORK BRANCH,       :
                                  :
                    Defendant.    :
-----------------------------------------X

## STIPULATION AND ORDER
## EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD

IT IS HEREBY STIPULATED AND AGREED by and between the

plaintiff Lantana Mendocino, LLC and defendant WestLB AG, New York Branch,

through their respective attorneys, that (1) the time for Defendant to answer or otherwise

plead with respect to the complaint is extended to and including June 27, 2007 and (2)

Defendant will not contest service of process of the complaint.

Dated: June 4, 2007

By: _____          By: _____
    Helen Davis Chaitman                  Sheri P. Chromow (SC1341)
    (HC4266)
    Attorney for Plaintiff                Attorney for Defendant
    Phillips Nizer LLP                    Katten Muchin Rosenman, LLP
    666 Fifth Avenue                      575 Madison Avenue
    New York, New York 10103              New York, NY 10022
    212-977-9700                          212-940-8800


SO ORDERED:

_____
United States District Judge

6/26/07