USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/29/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
LANTANA MENDOCINO, LLC,

    Plaintiff,

v.   Case No. 07 CV 3915 (LLS)

WESTLB AG, NEW YORK BRANCH,

    Defendant.
-------------------------------------X

### SECOND STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD

IT IS HEREBY STIPULATED AND AGREED by and between the plaintiff Lantana Mendocino, LLC and defendant WestLB AG, New York Branch, through their respective attorneys, that the time for Defendant to answer or otherwise plead with respect to the complaint is extended to and including July 13, 2007.

Dated: June 21, 2007

By: _____
Helen Davis Chaitman
(HC4266)
Attorney for Plaintiff
Phillips Nizer LLP
666 Fifth Avenue
New York, New York 10103
212-977-9700

By: _____
Sheri P. Chromow (SC1341)
Attorney for Defendant
Katten Muchin Rosenman, LLP
575 Madison Avenue
New York, NY 10022
212-940-8800

SO ORDERED:

_Louis L. Stanton_
United States District Judge
6/29/07