JUL-09-2007 11:14  PHILLIPS NIZER LLP  212 262 5152  P.02/02

STANTON, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
LANTANA MENDOCINO, LLC,

          Plaintiff,

     v.

WESTLB AG, NEW YORK BRANCH,

          Defendant.
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/07

Case No. 07 CV 3915 (LLS)

**STIPULATION AND ORDER
EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD**

IT IS HEREBY STIPULATED AND AGREED by and between the plaintiff Lantana Mendocino, LLC, and defendant WestLB AG, New York Branch, through their respective attorneys, that the time for Defendant to answer or otherwise plead with respect to the complaint is extended to and including August 3, 2007.

Dated: July 5, 2007

By: _____
Helen Davis Chaitman
(HC4266)
Attorney for Plaintiff
Phillips Nizer LLP
666 Fifth Avenue
New York, New York 10103
212-977-9700

By: _____
Sheri P. Chromow (SC1341)
Attorney for Defendant
Katten Muchin Rosenman, LLP
575 Madison Avenue
New York, NY 10022
212-940-8800

SO ORDERED:

_____
Louis L. Stanton
United States District Judge
7/10/07

PAGE 2/2 * RCVD AT 7/9/2007 11:10:39 AM [Eastern Daylight Time] * SVR:NYC-US-FAX-01/10 * DNIS:5527 * CSID:212 262 5152 * DURATION (mm-ss):01-12

TOTAL P.02