ORIGINAL

STANTON, S.

AUG-02-2007 12:23      PHILLIPS NIZER LLP              212 262 5152    P.02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
LANTANA MENDOCINO, LLC,

               Plaintiff,

          v.                                    Case No. 07 CV 3915 (LLS)

WESTLB AG, NEW YORK BRANCH,

               Defendant.
---------------------------------X

DATE FILED: 8/3/07

### STIPULATION AND ORDER
### EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD

IT IS HEREBY STIPULATED AND AGREED by and between the plaintiff Lantana Mendocino, LLC and defendant WestLB AG, New York Branch, through their respective attorneys, that the time for Defendant to answer or otherwise plead with respect to the complaint is extended to and including August 17, 2007.

Dated: July 31, 2007

By: _____            By: _____
Helen Davis Chaitman                       Shari P. Chenow (SC1341)
(HC1266)
Attorney for Plaintiff                     Attorney for Defendant
Phillips Nizer LLP                         Katten Muchin Rosenman, LLP
666 Fifth Avenue                           575 Madison Avenue
New York, New York 10103                   New York, NY 10022
212-977-9700                               212-940-8800

SO ORDERED:

_____
Louis L. Stanton
United States District Judge
8/3/07

PAGE 2/2 * RCVD AT 8/2/2007 11:15:19 AM [Central Daylight Time] * SVR:CHI-CB-FAX-01/13 * DNIS:4001 * CSID:212 262 5152 * DURATION (mm-ss):01-19      TOTAL P.02