ORIGINAL

STANTON, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
LANTANA MENDOCINO, LLC,

    Plaintiff,

v.

WESTLB AG, NEW YORK BRANCH,

    Defendant.
------------------------------------X

Case No. 07 CV 3915 (LLS)

## STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the plaintiff Lantana Mendocino, LLC and defendant WestLB AG, New York Branch, through their respective undersigned counsel, that this case shall be dismissed with prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a).

Dated: August 3, 2007

By: _____
Helen Davis Chaitman
(HC4266)
Attorney for Plaintiff
Phillips Nizer LLP
666 Fifth Avenue
New York, New York 10103
212-977-9700

By: _____ PTA
Sheri P. Chromow (SC1341)
Attorney for Defendant
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022
212-940-8800

SO ORDERED:

_____
Louis L. Stanton
UNITED STATES DISTRICT JUDGE
8/8/07